UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

FILED

JAN 23 2025

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

PURNELL ELLIOTT WILLIAMS,

Plaintiff,

v.

LNVN LLC / RESURGENT CAPITAL SERVICES,

BRIAN FALLERO (President of LNVN LLC) & SCOTT GUITIERREZ (CFO of LVNV LLC)

Defendants.

CASE# 1:25CV00106 RP

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## I. INTRODUCTION

1. **Plaintiff,** Purnell Elliott Williams, is a Secured Party/Agent for the Estate of PURNELL ELLIOTT WILLIAMS, as represented by his UCC-1 Financing Statement, and is a non-citizen state national who has fully secured all rights over his legal fiction, including the use of his Social Security Number (SSN).

2. **Defendants,** LNVN LLC, Resurgent Capital Services, Brian Fallero (President of LNVN LLC) and Scott E. Gutierrez, have willfully violated Plaintiff's legal rights, including the misuse of Plaintiff's SSN and other identifying information, which Plaintiff has secured under common law copyright, a Commercial Security Agreement, and a UCC-1 Financing Statement.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction under Title 28 U.S.C. §§ 1331 and 1332. The causes of action arise from Defendants' violations of Plaintiff's rights under federal law, including SSN privacy laws, UCC-1 security interests, and common law copyright protections.

4. Venue is proper under 28 U.S.C. § 1391 because the Defendants do business in this district and a substantial part of the events giving rise to the claims occurred here.

## III. PARTIES

**5. Plaintiff,** Purnell Elliott Williams is a Secured Party/Agent for the Estate of PURNELL ELLIOTT WILLIAMS and resides at 14000 The Lakes Blvd #1237, Pflugerville, Texas 78660.

**6. Defendant,** LNVN LLC, is a corporation with its principal place of business located at 355 S. Main St. Ste. 300-D, Greenville, SC 29601-2923. Defendant Resurgent Capital Services is a subsidiary of LNVN LLC.

**7. Defendant,** Brian Fallero is the President of LNVN LLC and is personally named in this action due to his receipt of the Cease-and-Desist Notice and his failure to comply with the terms outlined therein.

## IV. FACTUAL ALLEGATIONS

**8. Cease and Desist Notice:** Plaintiff sent an official Cease and Desist Notice to Mr. Brian Fallero, President of LNVN LLC, on or around August 2024 and Scott E Gutierrez, CFO of LVNV LLC on or around May 2024, demanding that Defendants cease the reporting, use, or dissemination of Plaintiff's SSN and any unauthorized use of Plaintiff's collateral. This notice was duly served via certified mail to the President of LNVN LLC, yet Defendants failed to comply with the notice.

**9. Debt Verification:** Plaintiff sent a Debt Verification Request to Scott E. Gutierrez, CFO for LNVN Funding LLC, on May 16, 2024, pursuant to the Fair Debt Collection Practices Act, 15 U.S. Code § 1692g, requesting verification of the claimed debt. Despite this request, Defendants continued to report the debt and Plaintiff's SSN to third parties, violating Plaintiff's rights under federal law. The Defendants sent copies of the Plaintiff's credit card statements from his creditors and not a contract or debt with LNVN LLC.

**10. Violation of UCC-1:** Defendants have used Plaintiff's SSN and other identifying information without authorization, in violation of the Plaintiff's secured property interests as established under Plaintiff's UCC-1 Financing Statement, which was filed in 2024.

11. **Common Law Copyright Violation:** Defendants' actions, including the unauthorized use of Plaintiff's legal fiction, personal identifiers, and SSN, constitute a violation of Plaintiff's common law copyright protections.

12. **Damages to Credit Worthiness:** As a direct result of Defendants' fraudulent actions, Plaintiff has suffered significant damage to his creditworthiness due to incorrect and fraudulent reporting to major credit bureaus. This violation has led to severe financial injury.

## V. CLAIMS FOR RELIEF

### *Count I - Violation of Cease-and-Desist Notice*

13. Plaintiff realleges and incorporates by reference all prior paragraphs.

14. Defendants continued use of Plaintiff's SSN and reporting of fraudulent debts, despite receiving the Cease-and-Desist Notice, constitutes a violation of Plaintiff's legal rights under federal and state law.

### *Count II - Violation of UCC-1 Financing Statement*

15. Plaintiff realleges and incorporates by reference all prior paragraphs.

16. Defendants' unauthorized use of Plaintiff's SSN and other collateral violates the Plaintiff's secured rights under the UCC-1 Financing Statement.

### *Count III - Violation of SSN Privacy Laws*

17. Plaintiff realleges and incorporates by reference all prior paragraphs.

18. Defendants' unauthorized use, sale, or distribution of Plaintiff's SSN constitutes a violation of federal SSN privacy laws.

### *Count IV - Common Law Copyright Infringement*

19. Plaintiff realleges and incorporates by reference all prior paragraphs.

20. Defendants' unauthorized use of Plaintiff's legal fiction, personal identifiers, and SSN constitutes a violation of Plaintiff's common law copyright protections.

## VI. DAMAGES

21. As a result of the Defendants' actions, Plaintiff has sustained the following damages:

- **$15 million per month** from May 2024 to January 2025 for the violation of the Cease-and-Desist Notice and UCC-1 Financing Statement.

- **$25 million** for the violation of Plaintiff's common law copyright.

- **$50 million** for damage to Plaintiff's creditworthiness due to fraudulent reporting.

22. **Total Damages**: The total damages sought in this case are **$265 million**, which includes all damages outlined above for violations of the Cease-and-Desist Notice, UCC-1, SSN Privacy Laws, and Common Law Copyright.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Award Plaintiff damages in the amounts outlined above, totaling **$265 million.**

2. Issue an injunction requiring Defendants to cease and desist any further use of Plaintiff's SSN and legal fiction.

3. Award Plaintiff costs of litigation, including attorney's fees, if applicable.

4. Grant any other relief the Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims so triable.

Dated: January 15, 2025

Respectfully submitted,

*[signature]*

Purnell Elliott Williams,

Secured Party/Agent for the Estate of PURNELL ELLIOTT WILLIAMS

14000 The Lakes Blvd #1237

Pflugerville, Texas 78660

(512) 955-4257

purnellwilliams@hotmail.com

**State of Texas**
**County of Travis**

**Subscribed and sworn to (or affirmed) before me on this** \_16\_ **day of** \_January\_**, 2025 by Angela Williams on behalf of Purnell Williams, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.**

_____ (seal)
**Notary Public**

LOURDES LOREDO
My Notary ID # 131769004
Expires October 23, 2026