Generated: Jan 23, 2025 12:57PM                                                                 Page 1/1



# U.S. District Court

## Texas Western - Austin

Receipt Date: Jan 23, 2025 12:57PM

Purnell Williams
14000 The Lakes Blvd, #1237
Pflugerville, TX 78660

| Rcpt. No: 2181 | Trans. Date: Jan 23, 2025 12:57PM | | | Cashier ID: #CERy |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200  Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | | **Amt** |
|---|---|---|---|---|
| CH | Check | #000709908 | 01/23/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments:** 1:25-cv-00106 Williams v. LNVN LLC et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov