**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **PURNELL WILLIAMS,** | : | |
| | : | **Case No. 1:25-cv-00106-RP** |
| **Plaintiff,** | : | |
| | : | **(Judge Robert Pitman)** |
| **v.** | : | |
| | : | |
| **LNVN LLC; RESURGENT CAPTIAL** | : | |
| **SERVICES; BRIAN FALLERO; and** | : | |
| **SCOTT GUITIERREZ,** | : | |
| | : | |
| **Defendant(s).** | : | |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT LVNV FUNDING, LLC**

Pursuant to Fed. R. Civ. P. 7.1 Defendant LVNV Funding, LLC hereby discloses

that  it is a Delaware limited liability company that is wholly owned by

Sherman Originator, LLC.  Neither of those entities is publicly traded.

Respectfully submitted,

By:    /s/ Manuel H. Newburger
Manuel H. Newburger (attorney-in-charge)
State Bar No. 14946500
mnewburger@bn-lawyers.com
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103
Fax: (512) 576-9253
Attorneys for Defendant LVNV Funding, LLC

Dated:  February 27, 2025

## CERTIFICATE OF SERVICE

I certify that on February 27, 2025, a true copy of the foregoing document was served on all parties and counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:  /s/ Manuel H. Newburger
     Manuel faH. Newburger (attorney-in-charge)
     State Bar No. 14946500
     mnewburger@bn-lawyers.com
     BARRON & NEWBURGER, P.C.
     7320 N. MoPac Expy., Suite 400
     Austin, Texas 78731
     Tel: (512) 476-9103
     Fax: (512) 576-9253
     Attorneys for Defendant Resurgent Capital Services