**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **PURNELL WILLIAMS,** | : | |
| | : | **Case No. 1:25-cv-00106-RP** |
| **Plaintiff,** | : | |
| | : | **(Judge Robert Pitman)** |
| **v.** | : | |
| | : | |
| **LNVN LLC; RESURGENT CAPTIAL** | : | |
| **SERVICES; BRIAN FALLERO; and** | : | |
| **SCOTT GUITIERREZ,** | : | |
| | : | |
| **Defendant(s).** | : | |
| | : | |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT RESURGENT CAPITAL SERVICES, L.P.**

Pursuant to Fed. R. Civ. P. 7.1 Defendant Resurgent Capital Services, L.P. hereby discloses that  it is a Delaware limited partnership. Its owners are Resurgent Holdings, LLC and Alegis Group, LLC. None of those entities is publicly traded.

Respectfully submitted,

By:    /s/ Manuel H. Newburger
Manuel H. Newburger (attorney-in-charge)
State Bar No. 14946500
mnewburger@bn-lawyers.com
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103
Fax: (512) 576-9253
Attorneys for Defendant
Resurgent Capital Services, L.P.

Dated:  February 27, 2025

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 27, 2025, a true copy of the foregoing document was served on all parties and counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:     <u>/s/ Manuel H. Newburger</u>
        Manuel faH. Newburger (attorney-in-charge)
        State Bar No. 14946500
        mnewburger@bn-lawyers.com
        BARRON & NEWBURGER, P.C.
        7320 N. MoPac Expy., Suite 400
        Austin, Texas 78731
        Tel: (512) 476-9103
        Fax: (512) 576-9253
        Attorneys for Defendant Resurgent Capital
        Services