FILED
March 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CC_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PURNELL ELLIOTT WILLIAMS,
Plaintiff,

v.

LNVN LLC,
BRIAN FALLERO (President of LNVN LLC),
SCOTT E. GUTIERREZ (CFO of LNVN LLC),
Defendants.

CASE NO. 1:25-cv-00106 RP

**REPLY TO DEFENDANTS' ANSWERS AND CLARIFICATION OF LEGAL STATUS**

**TO THE HONORABLE JUDGE RICHARD PITTMAN**

I, Purnell Elliott Williams, submit this reply to the answers filed by Defendants LNVN LLC, Brian Fallero (President of LNVN LLC), and Scott E. Gutierrez (CFO of LNVN LLC). I also provide clarification regarding my legal status to address the improper labels used by the Defendants and to emphasize that **common law jurisdiction** governs these claims. As a secured party creditor, I have exclusive rights over the security interest in my **Social Security Number (SSN)**.

Additionally, I assert that Defendants were properly notified of the **$15 million** fee for each unauthorized usage of my **SSN** through my **UCC-1 Financing Statement**, which was sent along with the Cease-and-Desist Notices. Furthermore, Defendants have committed fraud by falsely claiming in credit reports that they are the **"original creditors,"** which is completely **FALSE**. I have never entered into a contract with the Defendants, nor have I ever received any financial benefit or relationship with them. As a result of Defendants' fraudulent actions, **I have been denied multiple credit opportunities, primarily in housing and obtaining a VA loan, which has caused significant harm to my financial standing and well-being.**

## I. RESPONSE TO DEFENDANT LNVN LLC'S ANSWER

### 1. Jurisdiction and Venue:

I reaffirm that jurisdiction is appropriate under **28 U.S.C. §§ 1331 and 1332**, because my claims involve **violations of federal law, including SSN privacy laws, UCC-1 security interests, and common law copyright**. Defendant's assertion that I lack standing, or a concrete injury is baseless, as I have demonstrated direct harm resulting from Defendant's actions. These claims are governed by **common law jurisdiction**, which applies to my claims involving the misuse of my SSN, my secured property interests, and the damage caused by Defendant's unlawful actions.

### 2. Sovereign Citizen Label:

Defendant LNVN LLC incorrectly refers to me as a **"sovereign citizen."** I am not a sovereign citizen, which is an incorrect and contradictory label. You cannot be sovereign and a citizen at the same time. I am a secured party creditor with exclusive rights over the security interest in my SSN. This status is backed by the UCC-1 Financing Statement, and it establishes my legal rights over my SSN, personal identifiers, and collateral. The use of "sovereign citizen" is a misunderstanding of my legal standing and an attempt to discredit my claims through irrelevant labels.

### 3. Cease and Desist Notice Compliance:

Defendants' claim that my Cease-and-Desist Notice is invalid or that my actions are frivolous is unfounded. I properly issued the Cease-and-Desist Notice, and Defendant's failure to comply with this notice is at the heart of my claims. My actions have been in good faith, and Defendant's refusal to comply forms the basis of this lawsuit.

### 4. SSN Privacy Laws Violation:

Defendant's denial of violating SSN privacy laws is incorrect. My SSN was used without my permission, directly violating federal SSN privacy laws. Defendant's defense based on irrelevant **"sovereign citizen"** arguments does not address the legal facts of this case and is inapplicable to the legitimate harm I've experienced due to the unauthorized use of my SSN.

### 5. Fraud in Credit Reporting:

Defendant LNVN LLC falsely claims in credit reports to be the **"original creditor."** This statement is **completely false**, as I have never entered into a contract with the Defendant nor received any direct financial benefit from them. When I demanded debt validation, Defendant sent various copies of credit card bills I had with different entities, but nothing confirming any direct financial relationship or benefit from Defendant LNVN LLC. This constitutes fraud in reporting to credit bureaus.

### 6. Damage to Credit Worthiness:

Due to Defendants' fraudulent reporting, **I have been denied multiple credit opportunities, particularly in housing and obtaining a VA loan.** These fraudulent actions have severely impacted my credit worthiness and my ability to secure financing, thus causing direct financial harm and emotional distress.

### 7. Request for Relief:

I respectfully request that the Court reject Defendant's attempts to dismiss my claims and rule in my favor, awarding the damages I seek, including the requested **$265 million**.

## II. RESPONSE TO DEFENDANT BRIAN FALLERO'S ANSWER

### 1. Misuse of SSN:

As the President of LNVN LLC, Brian Fallero is directly responsible for the unauthorized use of my SSN. His denial of this claim is unsubstantiated, and I will continue to provide evidence showing his involvement in these improper actions.

### 2. Failure to Respond to Cease and Desist Notice:

Defendant Fallero's failure to acknowledge my Cease-and-Desist Notice is a direct violation of my rights. The notice was issued properly, and his failure to comply with the notice is part of the legal basis for my claims.

### 3. Jurisdiction:

I maintain that this Court has jurisdiction over my claims. Defendants' denials of jurisdiction are irrelevant and unfounded. As a secured party creditor, my claims involving SSN misuse, UCC-1 violations, and common law copyright clearly fall under federal jurisdiction.

## III. RESPONSE TO DEFENDANT SCOTT E. GUTIERREZ'S ANSWER

### 1. Debt Verification:

I reaffirm that Defendant Scott E. Gutierrez failed to respond to my lawful request for debt verification under the Fair Debt Collection Practices Act (FDCPA). His failure to comply with this request is false and ignores my rights under federal law to verify any alleged debt.

### 2. Failure to Address SSN Violation:

Defendant Gutierrez's continued denial of misusing my SSN is without merit. My SSN was used without my consent, and this constitutes a violation of both my federal privacy protections and common law rights. Defendant's failure to address this claim is an ongoing violation that requires remedy.

## IV. RESPONSE TO DEFENDANT RESURGENT CAPITAL SERVICES' ANSWER

### 1. Corporate Disclosure:

I acknowledge the corporate disclosure statements filed by Resurgent Capital Services, but these disclosures do not absolve them of liability for the misuse of my SSN or the violation of my UCC-1 security interest. The failure to respond appropriately to these claims continues to cause significant harm.

### 2. Misuse of SSN and UCC-1 Violation:

Resurgent Capital Services has not adequately addressed the allegations of the unauthorized use of my SSN or the breach of my security interest under the UCC-1 Financing Statement. These actions are ongoing and continue to cause harm to my financial standing.

## V. ITEMIZED DAMAGES SOUGHT

### 1. Damages for Unauthorized Use and Reporting of SSN

- **$15 million** per month for each month of unauthorized use of Plaintiff's SSN and fraudulent reporting by the Defendants.
- This includes all usage and reporting that occurred after receiving the Cease-and-Desist Notices from **May 2024 through January 2025**.
- Total Amount for Unauthorized Use & Reporting **(May 2024 – January 2025)**:
  **$15 million per month x 9 months = $135 million**

### 2. Damages for Punitive Loss Due to Damage to Credit Worthiness

- **$50 million** in punitive damages for the willful damage to Plaintiff's credit worthiness caused by Defendants' fraudulent claims in credit reports, falsely stating that they were the "original creditor," when Plaintiff has never entered into a contract or had any financial relationship with the Defendants.
- These actions have caused severe financial and emotional harm to Plaintiff, including credit denial, increased financial burdens, and emotional distress.

### 3. Damages for Violations of UCC-1 and SSN Privacy Laws

- **$15 million** for the direct violation of Plaintiff's UCC-1 and SSN Privacy Laws by the Defendants. The Defendants were properly served with the **$15 million** fee notice, as stated in the UCC-1 filings, and their failure to adhere to these regulations constitutes a direct violation.

### TOTAL DAMAGES SOUGHT:

**$135 million (for unauthorized use and fraudulent reporting of SSN)**
**+ $50 million (punitive damages for damage to credit worthiness)**
**+ $15 million (for direct violation of UCC-1 and SSN Privacy Laws)**
**= $265 million total damages sought**

## VI. PRAYER FOR RELIEF

I respectfully request the Court to:

1. Deny Defendant's motions to dismiss and grant the relief sought in my Complaint.

2. Award compensatory damages in the amount of **$265 million**, for the violations of my SSN privacy rights, UCC-1 security interests, and common law copyright.

3. Issue an injunction prohibiting the further misuse of my SSN and other personal identifiers.

4. Award costs of litigation, including attorney's fees, as provided by law.

5. Grant any other relief the Court deems just and proper.

I am aware that certain damages sought in this case may are incredibly high; however, I assert that the amounts are necessary to highlight the effects of the defendants' unlawful practices. The purely negligent and willful ignoring of the fee schedule in my UCC-1 filing is the direct cause of these amounts. I am willing to reassess the damages if an amicable solution can be reached.

DATED this 4th day of March 2025.

Respectfully submitted,

Purnell Elliott Williams

Secured Party/Agent for the Estate of Purnell Elliott Williams

7905 San Felipe Blvd Apt. 266

Austin, Texas 78729

Phone: (512) 955-4257

Email: purnellwilliams@hotmail.com