IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PURNELL WILLIAMS, | : |
| | : Case No. 1:25-cv-00106-RP |
| Plaintiff, | : |
| | : (Judge Robert Pitman) |
| v. | : |
| | : |
| LNVN LLC; RESURGENT CAPTIAL SERVICES; BRIAN FALLERO; and SCOTT GUITIERREZ, | : |
| | : |
| Defendant(s). | : |

## **DERENDANTS' STATUS REPORT**

Defendants LVNV Funding, LLC, Resurgent Capital Services, L.P., Bryan Faliero, and Scott E. Gutierrez hereby provide the following status report:

1. All defendants have answered.

2. Plaintiff has filed a Complaint asserting a variety of nonsensical claims such as an alleged copyright in and lien on his Social Security Number. *See* Doc. 1.

3. Plaintiff continued his meritless filings with a "Reply to Defendants' Answers and Declaration of Legal Status" (Doc. 15).

4. The management of the Court's docket would best be served by an early status conference. Defendants desire to file a motion pursuant to FED. R. CIV. P. 12(c). Defendants should not have to file more than one such motion, and the Court should not have to waste time on more than one

such motion. Defendants therefore hope to secure a deadline for Plaintiff to file any amendments that he may wish in light of notice to him of Defendants' intent to file a Rule 12(c) motion. Defendants will then make their motion after Plaintiff amends (assuming that he chooses to do so) or after the expiration of the deadline to amend.

5.   An early status conference will preserve the efficiency of the Court's docket and avoid the need for multiple Rule 12 motions.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court set an early status conference by Zoom to set a scheduling order and discovery plan.

                Respectfully submitted,

By:   /s/ Manuel H. Newburger
      Manuel H. Newburger (attorney-in-charge)
      State Bar No. 14946500
      mnewburger@bn-lawyers.com
      BARRON & NEWBURGER, P.C.
      7320 N. MoPac Expy., Suite 400
      Austin, Texas 78731
      Tel: (512) 476-9103
      Fax: (512) 576-9253
      Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2025, rue copy of the foregoing document was served on Plaintiff via email.

                              **BARRON & NEWBURGER, P.C.**

By:   /s/ Manuel H. Newburger
       Manuel H. Newburger (attorney-in-charge)
       State Bar No. 14946500
       mnewburger@bn-lawyers.com
       BARRON & NEWBURGER, P.C.
       7320 N. MoPac Expy., Suite 400
       Austin, Texas 78731
       Tel: (512) 476-9103
       Fax: (512) 576-9253
       Attorneys for Defendants