**FILED**
March 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: ____CC____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

PURNELL ELLIOTT WILLIAMS,

Plaintiff,

v.

LNVN LLC,

RESURGENT CAPITAL SERVICES,

BRIAN FALLERO,

SCOTT E. GUTIERREZ,

Defendants.

CASE NO. 1:25-cv-00106-RP

## NOTICE OF CHANGE OF ADDRESS

**TO: Clerk of the Court**

Plaintiff, Purnell Elliott Williams, hereby provides notice to the Court of a change of address. Plaintiff's new address is as follows:

**New Address:**

Purnell Elliott Williams

7905 San Felipe Blvd Apt. 266

Austin, Texas 78729

**Old Address:**

14000 The Lakes Blvd #1237

Pflugerville, Texas 78660

The plaintiff respectfully requests that all future correspondence and documents be sent to the new address as listed above.

DATED this 5th day of March 2025.

Respectfully submitted,

*[signature]*

Purnell Elliott Williams

Secured Party/Agent for the Estate of Purnell Elliott Williams

7905 San Felipe Blvd Apt. 266

Austin, Texas 78729

Phone: (512) 955-4257

Email: purnellwilliams@hotmail.com