FILED
March 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CC_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

PURNELL ELLIOTT WILLIAMS,

Plaintiff, Secured Party Creditor

v.

LNVN LLC,

RESURGENT CAPITAL SERVICES,

BRIAN FALLERO,

SCOTT E. GUTIERREZ,

Defendants.

CASE NO. 1:25-cv-00106-RP

**RESPONSE TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS**

### I. Introduction

I, Purnell Elliott Williams, respond to Defendants' Motion for Rule 11 Sanctions. The Motion is without merit and should be denied. My claims are made in good faith, based on sound legal grounds, and supported by significant evidence. The **Power of Attorney (POA),** granting authority to **Angela Williams** to act on my behalf, was attached to the original complaint, and Defendants' assertions regarding the validity of my claims or the authority of my legal representative are baseless.

Moreover, Defendants were served with my **Commercial Security Agreement,** and the **UCC-1 Financing Statement** clearly outlines the penalties for unauthorized usage of my secured interest. Defendants chose to disregard these documents and continued to use my property—my **Social Security Number (SSN)** without my consent, violating my rights and further supporting the claims in my complaint. Unauthorized use of an individual's SSN is prohibited under federal law, including the **Privacy Act of 1974 (5 U.S.C. § 552a),** which regulates the use and dissemination of SSNs by federal agencies. The **Social Security Number Protection Act of**

2010 (Pub. L. 111-241) makes it a federal crime to use another person's **SSN for fraudulent purposes without consent.**

## II. Legal Standard for Rule 11 Sanctions

Under **Rule 11 of the Federal Rules of Civil Procedure**, sanctions are only appropriate if the claims are **frivolous, unwarranted, or filed for an improper purpose such as harassment or delay.** My claims are based on valid legal principles supported by factual evidence, including the **UCC-1 Financing Statement and Cease and Desist Notices**. These claims are not frivolous; they are grounded in both federal and state law. In fact, the unauthorized use of my **SSN** by the Defendants is specifically prohibited under several federal statutes, including the **Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)**, which requires credit reporting agencies to ensure that **SSNs** used in credit reports are accurate, and Defendants' actions have directly harmed my financial standing.

## III. Defendants' Fraudulent Claims and Violations

The central issue in my Complaint revolves around **Defendants' fraudulent reporting**, where they **falsely** identified themselves as the **"original creditors"** on my credit report. Defendants have engaged in **fraudulent** behavior by listing themselves as the **"original creditor"** for debts I have never incurred with them. I have never entered into any agreement or contract with Defendants, nor have I ever received any financial benefit from them.

This **fraudulent** reporting violates federal laws protecting the use of my **SSN** and constitutes **fraudulent** credit reporting in violation of the **Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.)**, which requires accuracy in reporting, particularly regarding information as sensitive as **SSNs**. Under the **Identity Theft and Assumption Deterrence Act of 1998 (18 U.S.C. § 1028)**, the misuse of SSNs for fraud is also a criminal offense.

The **fraudulent** reporting is exemplified in the following excerpts from the credit report **(Exhibit A)**, which repeatedly lists **LNVN Funding LLC** as the **"original creditor"** despite the fact that no such contractual relationship exists. This deceptive practice has resulted

in serious harm to my credit score and has caused me to be **denied** multiple credit opportunities, including housing and obtaining a VA loan.

### *Exhibit A: LVNV Credit Report Showing Fraudulent Reporting*

- **LNVN Funding LLC** listed as the **"original creditor,"** with multiple open balances reported between January 2025 and February 2025, despite my never having entered into a contract with them.

- **Fraudulent Debt:** The report includes claims of balances that are **not mine** and are reported as my own.

This **fraudulent activity** has caused me significant harm by **damaging my credit score** and leading to the **denial of credit opportunities**, including **housing** and **obtaining a VA loan**. Defendants' actions in continuing to use my **SSN** and misreport debts after receiving my **Cease-and-Desist Notices** demonstrate their **blatant disregard for lawful process**. The most recent **balance reporting** occurred in **January and February 2025**, which is a direct violation of the **federal litigation** underway, further illustrating Defendants' intentional misconduct and defiance of the law.

### IV. Commercial Security Agreement and UCC-1 Violations

Defendants were served with my **Commercial Security Agreement** and the **UCC-1 Financing Statement**, which clearly outlines my **secured interest** in my SSN and the penalties for any **unauthorized use** of my property. UCC-1 specifically outlines that unauthorized use of a secured party's property, such as my **SSN**, carries severe **financial penalties.** The UCC protections regarding the use of secured property are meant to prevent such violations and ensure that **secured parties** maintain exclusive rights over their collateral.

Despite being fully aware of my **secured interest**, Defendants **continued to use my SSN** without my consent. This violation of my **UCC-1 rights** has caused direct and ongoing financial and emotional harm. **Under the UCC**, the unauthorized use of my **SSN** is a violation of my **secured interest**, and the Defendants' failure to comply with the proper

procedures constitute a violation of my rights, entitling me to damages under the **UCC-1** provisions.

The **UCC-1** provides that unauthorized use of a **secured interest** without the **secured party's** consent is a direct violation and carries substantial penalties. The Defendants' decision to proceed with **fraudulent** reporting, despite being served with legal documents, constitutes a **willful disregard of the penalties under the UCC and SSN privacy laws.**

Additionally, my rights are further protected under **common law copyright** principles, which grant individuals ownership over their names and identifiers, including my **SSN**. The **use of my SSN without my consent constitutes a violation of my common law copyright**, and I am entitled to the protections provided by this legal framework.

## V. Plaintiff's Good Faith and Authority to File

Contrary to the Defendants' assertions, my complaint is filed in **good faith**, grounded in **legitimate legal claims**. The **Power of Attorney (POA)** attached to the original complaint provides **Angela Williams** with the authority to act on my behalf, and there is no legitimate reason to question its validity. Defendants have failed to show any legitimate reason why sanctions should be imposed for the **proper filing of my claims**. Additionally, Defendants were served with my **Commercial Security Agreement and UCC-1 Financing Statement**, which confirm my legal rights and interest in my **SSN**.

## VI. Request for Relief

I respectfully request that the Court **deny Defendants' Motion for Rule 11 Sanctions**. The claims made in my complaint are legitimate, grounded in law, and well supported by evidence. **Defendants have failed to meet the burden** required to seek sanctions under Rule 11. I request that this matter be moved to **discovery** and that all topics be deemed **triable**.

DATED this 5th day of March 2025.

*[signature]*

Respectfully submitted,

Purnell Elliott Williams

Secured Party/Agent for the Estate of PURNELL ELLIOTT WILLIAMS

7905 San Felipe Blvd Apt. 266

Austin, Texas 78729

Phone: (512) 955-4257

Email: purnellwilliams@hotmail.com



*Exhibit A*

← Back to Accounts

# LVNV FUNDING LLC

Last reported Jan 07, 2025

$1,823
Open balance



LVNV FUNDING LLC
Original creditor

Report info ˅

## Take a look at some options to help your score

Average score improvement if you take care of a collection **in the first 2 years**

Removed ⓘ

+23 pt

Paid in full ⓘ

+25 pt

Settled for less ⓘ

+21 pt

Based on 2 million Credit Karma members

### Option 1

**MOST POPULAR**

 **Dispute in a few taps**
It never hurts your score   ›

A dispute can remove the collection from your report. Debt collectors are required to have accurate

 For You    Credit    Cards    Loans    Money

← Back to Accounts

A.1

# LVNV FUNDING LLC

Last reported Feb 04, 2025

$1,152
Open balance



LVNV FUNDING LLC
Original creditor

Report info ⌄

## Take a look at some options to help your score

Average score improvement if you take care of a collection **in the first 2 years**

Removed ⓘ

● +23 pt

Paid in full ⓘ

● +25 pt

Settled for less ⓘ

● +21 pt

Based on 2 million Credit Karma members

### Option 1

**MOST POPULAR**



**Dispute in a few taps**
It never hurts your score

›

**A dispute can remove the collection from your report.** Debt collectors are required to have accurate


For You


Credit


Cards


Loans


Money

← Back to Accounts

# LVNV FUNDING LLC

Last reported Feb 04, 2025

$948
Open balance


LVNV FUNDING LLC
Original creditor

A2

Report info ⌄

## Take a look at some options to help your score

Average score improvement if you take care of a collection **in the first 2 years**

Removed ⓘ

● +23 pt

Paid in full ⓘ

● +25 pt

Settled for less ⓘ

● +21 pt

Based on 2 million Credit Karma members

**Option 1**                                              MOST POPULAR

 **Dispute in a few taps**
It never hurts your score                                       >

A dispute can remove the collection from your report. Debt collectors are required to have accurate

                            
For You           Credit            Cards            Loans             Money

A3

← Back to Accounts

# LVNV FUNDING LLC

Last reported Jan 07, 2025

**$831**
Open balance


LVNV FUNDING LLC
Original creditor

Report info ⌄

## Take a look at some options to help your score

Average score improvement if you take care of a collection **in the first 2 years**

Removed ⓘ
● +23 pt

Paid in full ⓘ
● +25 pt

Settled for less ⓘ
● +21 pt

Based on 2 million Credit Karma members

**Option 1**                                                                 MOST POPULAR

  **Dispute in a few taps**
It never hurts your score                                                         >

A dispute can remove the collection from your report. Debt collectors are required to have accurate

        
For You         Credit          Cards           Loans           Money

← Back to Accounts

A4

# LVNV FUNDING LLC

Last reported Jan 07, 2025

$772
Open balance


LVNV FUNDING LLC
Original creditor

Report info ⌄

## Take a look at some options to help your score

Average score improvement if you take care of a collection **in the first 2 years**

Removed ⓘ

● +23 pt

Paid in full ⓘ

● +25 pt

Settled for less ⓘ

● +21 pt

Based on 2 million Credit Karma members

## Option 1

MOST POPULAR

  **Dispute in a few taps**
It never hurts your score                                                >

**A dispute can remove the collection from your report.** Debt collectors are required to have accurate

 For You      Credit      Cards      Loans      Money

← Back to Accounts

**A5**

# LVNV FUNDING LLC

Last reported Feb 04, 2025

$739
Open balance


LVNV FUNDING LLC
Original creditor

Report info ⌄

## Take a look at some options to help your score

Average score improvement if you take care of a collection **in the first 2 years**

Removed ⓘ

● +23 pt

Paid in full ⓘ

● +25 pt

Settled for less ⓘ

● +21 pt

Based on 2 million Credit Karma members

**Option 1**                                                                 MOST POPULAR

 **Dispute in a few taps**
It never hurts your score                                                               ›

**A dispute can remove the collection from your report.** Debt collectors are required to have accurate

 For You     Credit     Cards     Loans     Money