**RECEIVED**
March 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____PG_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PURNELL ELLIOTT WILLIAMS,
Plaintiff,

v.

LNVN LLC,
RESURGENT CAPITAL SERVICES,
BRIAN FALLERO,
SCOTT E. GUTIERREZ,
Defendants.

CASE NO. 1:25-cv-00106-RP

**NOTICE OF POWER OF ATTORNEY (POA)**

TO: **Clerk of the Court**
**AND TO ALL PARTIES:**

I, **Purnell Elliott Williams**, the Plaintiff in this case, hereby provide notice that I have appointed **Angela Williams**, my wife, as my **Attorney-in-Fact** with the authority to act on my behalf on all legal matters related to this case.

This appointment is due to the **mild stroke** I suffered on December 23, 2024, which has affected the **right side of my body**, impairing my ability to sign documents and manage legal affairs independently. As a result, I have granted **Angela Williams** full authority to manage and make decisions regarding legal, financial, and medical matters for me in this case.

Additionally, **both Angela Williams and I** will be signing documents related to this case depending on my current health limitations. While I retain the ultimate decision-making power, some documents may be signed by **Angela Williams** on my behalf, should my condition prevent me from doing so.

A copy of the **Power of Attorney** is attached for your reference. I reserve the right to revoke this Power of Attorney at any time in writing. This notice serves as a formal declaration of the authority granted to **Angela Williams** as my Attorney-in-Fact.

DATED this 7th day of March 2025.

Respectfully submitted,

*/s/ Purnell Elliott Williams*

**Purnell Elliott Williams**
Secured Party/Agent for the Estate of PURNELL ELLIOTT WILLIAMS
7905 San Felipe Blvd Apt. 266
Austin, Texas 78729
Phone: (512) 955-4257
Email: purnellwilliams@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March 2025, I caused a true and correct copy of the foregoing **Notice of Power of Attorney (POA)** to be served upon all parties listed below via efile and/or email.

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS:**

I, **Purnell Williams**, residing at 14000 The Lakes Blvd #1237, Pflugerville, Texas 78660, being of sound mind, do hereby appoint **Angela Williams**, my wife, residing at the same address, to be my true and lawful Attorney-in-Fact, to act for me and in my name, place, and stead, in the following matters:

1. **Medical Decisions**: My Attorney-in-Fact shall have the authority to make all medical, health care, and treatment decisions, including decisions regarding the selection, termination, and change of health care providers, consent for medical procedures, and the continuation of life-support treatment.

2. **Financial Decisions**: My Attorney-in-Fact shall have full power and authority to manage, control, and make decisions regarding all of my financial matters, including but not limited to, banking, investments, bill payments, and income tax filings. This includes access to my bank accounts, credit cards, and any other financial instruments that are under my name or for my benefit.

3. **Legal and Other Pertinent Decisions**: My Attorney-in-Fact shall have full authority to sign, execute, and deliver all necessary legal documents on my behalf, including contracts, leases, and any other paperwork or agreements that may be required during the time I am unable to act personally. This includes but is not limited to actions pertaining to property, legal matters, and any financial obligations.

4. **Duration**: This Power of Attorney shall become effective immediately upon execution and shall remain in effect until I am able to resume making decisions personally or until I revoke this Power of Attorney in writing.

5. **Revocation**: I reserve the right to revoke this Power of Attorney at any time, in writing, without notice to any third party. Revocation shall be effective upon receipt of the written notice by my Attorney-in-Fact or any third party who is dealing with my Attorney-in-Fact.

Case 1:25-cv-00106-ADA   Document 19   Filed 03/07/25   Page 4 of 6

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 29 day of December, 2024.

**Signature of Principals:**

Purnell Williams _____

Angela Williams _____

## NOTARY ACKNOWLEDGMENT

State of Texas

County of ~~Travis~~ km Williamson

On this 29 day of December, 2024, before me, the undersigned authority, personally appeared **Purnell Williams** and **Angela Williams**, known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes therein expressed.

In witness whereof, I hereunto set my hand and official seal.

Notary Public, State of Texas

My Commission Expires: 05-19-2027

Kendra McCullough

KENDRA MCCULLOUGH
Notary Public, State of Texas
Comm. Expires 05-19-2027
Notary ID 134370358

