IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PURNELL ELLIOTT WILLIAMS, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:25-CV-106-RP |
| LNVN LLC, et al., | | |
| Defendants. | | |

## ORDER

On March 5, 2025, Defendants filed a status report in which they request that the Court schedule an early status conference. (Dkt. 16). Defendants note that they plan to file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). They argue that an early conference is necessary to set a scheduling order and discovery plan in this case, which could be helpful to secure an amended pleadings deadline and avoid the need for multiple Rule 12(c) motions. (*Id.*). Plaintiff has not responded to Defendants' status report.

The normal course of action is for the Court to set an initial pretrial conference after the parties file a joint proposed scheduling order. The Court's local rules require that parties submit a proposed scheduling order no later than 60 days after the appearance of any defendant. *See* W.D. Tex. Loc. R. CV-16(a), (c). Because Defendants filed their answers on February 27, 2025, (Dkts. 6, 8, 11, 14), the parties' joint proposed scheduling order is due no later than April 28, 2025. However, the parties are welcome to file their joint proposed scheduling order earlier than this deadline. Once a joint proposed scheduling order is filed, the Court will schedule an initial pretrial conference where the Court will enter a scheduling order for the case.

Accordingly, **IT IS ORDERED** that Defendants' request for an early status conference is **DENIED**, until the parties file their joint proposed scheduling order.

**IT IS FURTHER ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order as a separate pleading using District Judge Robert Pitman's form on or before **April 28, 2025**.

**SIGNED** on March 20, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE