**FILED**
March 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____DM_____
　　　　　　　DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PURNELL WILLIAMS,
Plaintiff,

v.

LVNV FUNDING LLC ET AL,
Defendant.

CASE NO. 1:25-cv-00106 RP

## NOTICE OF COMPLAINT FILED WITH THE TEXAS ATTORNEY GENERAL

TO THE HONORABLE DISTRICT COURT JUDGE ROBERT PITTMAN:

I, **Purnell Williams,** the Plaintiff in this case, submit this **Notice of Complaint** to inform the Court that I have officially filed a **consumer complaint (TCP-001620)** with the **Texas Attorney General's Office** against **LVNV Funding LLC\*\*.** This complaint is based on LVNV's fraudulent reporting of debt, unauthorized use of my **Social Security Number (SSN),** and continued deceptive trade practices, despite my **Cease-and-Desist Notices.**

### BACKGROUND OF THE COMPLAINT

1. On **February 3, 2025**, I filed a complaint with the **Texas Attorney General's Consumer Protection Division** concerning LVNV Funding's unlawful activities.

2. My **SSN is secured collateral under my UCC-1 Financing Statement,** and LVNV has used it without my consent in violation of my rights as a **secured party creditor.**

3. LVNV has falsely reported debts to the credit bureaus, **claiming to be the original creditor,** when in fact, I have **never entered into a contract or financial agreement** with them.

4. I sent LVNV **Cease and Desist Notices** informing them of my **fee schedule of $15 million per unauthorized use** of my secured property. They have ignored these notices and continue their fraudulent reporting.

5. As a result of LVNV's actions, I have been **denied credit opportunities**, including housing and the ability to obtain a **VA loan**.

6. I have **filed this federal lawsuit (Case No. 1:25-cv-00106 RP)** to hold LVNV accountable for these unlawful actions and to seek damages for the harm they have caused me.

## REASON FOR NOTICE

7. I am filing this Notice with the Court to document that I have also sought state-level intervention by submitting a complaint to the **Texas Attorney General's Office**, requesting an **investigation into LVNV's deceptive business practices**.

8. My complaint alleges **violations of the Texas Deceptive Trade Practices Act (DTPA), the Fair Credit Reporting Act (FCRA), and the Fair Debt Collection Practices Act (FDCPA).**

9. I ask the Court to **take judicial notice of this complaint** and consider it as further evidence of LVNV's ongoing fraudulent conduct.

## REQUEST FOR RELIEF

I respectfully request that the Court:

1. **Acknowledge my complaint** with the Texas Attorney General as supporting evidence in this case.

2. **Consider LVNV's ongoing deceptive practices** when ruling on my claims.

3. **Allow me to supplement the record** with any findings or enforcement actions taken by the Texas Attorney General regarding my complaint.

I reserve the right to amend this Notice should additional action be taken against LVNV Funding LLC by the Attorney General's Office.

Dated: March 20, 2025

Respectfully submitted,

*[signature]*

Purnell Williams

7905 San Felipe Blvd #266

Austin, TX 78729

(512) 955-4257

purnellwilliams@hotmail.com

Plaintiff, Sui Juris

# Data Privacy Complaint
## TCP-001620

### ⌄ Type of Complaint Information

**Selected Complaint Types:**
Right to delete
Right to opt-out of the sale of Personal Data and of sharing of Personal Data for certain purposes
Right to limit a business's collection, use, storing, or sharing of my Sensitive Data

### ⌄ Consumer Information

**Consumer First Name:**
Purnell

**Consumer Last Name:**
Williams

**Consumer Email Address:**
purnellwilliams@hotmail.com

**Consumer Phone Number:**
512.955.4257

**Consumer Address:**
14000 The Lakes Blvd Apt 1237

Pflugerville, Texas 78660

### ⌄ Business/Service Provider's Information

**Business/Service Provider's Name:**
LNVN

**Business/Service Provider's Website (URL):**
https://www.lvnvfunding.com/

**Business/Service Provider's Email Address:**
Email Address Not Provided

**Business/Service Provider's Address:**
Address Not Provided

**Business/Service Provider's Phone Number:**
Phone Number Not Provided

### ⌄ Complaint & Response Information

**Complaint Description:**

Company was sent cease and desist notices to stop transmitting my SSN which is collateral under my UCC-1

**Uploading Supporting Documents?:**
No

**What type of relief are you seeking? (Refund, credit, exchange, product delivery, repair, or other):**
Filed Federal Lawsuit for relief

**Files Uploaded:**
No Files Uploaded

**Consumer Already Contacted Business?:**
Yes

**Business Response:**
I filed a lawsuit and they're in process of service period. The file is too large to upload. Case#1:25-cv-00106 RP

## ˅ Acknowledgment & Signature

**I understand that the Attorney General is not my personal attorney and is prohibited by law from giving me legal advice or opinions:**
true

**I understand that this complaint and the information I have provided are records open to the public under Texas law:**
true

**The statements in my complaint are true and accurate to the best of my knowledge:**
true

**Signature:**
Purnell Williams

Success! You have successfully filed your complaint with the Office of the Texas Attorney General. You will receive an automated email containing your complaint number. Please keep this email for your records and be sure to check your spam folders if you do not see it in your inbox. If you have any questions about the complaint process or next steps, please visit this link (https://www.texasattorneygeneral.gov/consumer-protection/file-consumer-complaint).

Click here to print a copy for your records.