# **Exhibit B**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

PURNELL WILLIAMS, Plaintiff,

v.

LNVN LLC; RESURGENT CAPITAL SERVICES; BRIAN FALLERO; and SCOTT GUITIERREZ,

Defendants.

Case No. 1:25-cv-00106-ADA

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
| --- | --- |
| April 1, 2025 | Discovery commences on all issues. |
| April 15, 2025 | All motions to amend pleadings or to add parties shall be filed on or before this date. |
| May 29, 2025 | Fact Discovery Deadline. Any discovery requests must be propounded so that the responses are due by this date. |
| April 20, 2025 | Plaintiff shall submit a written offer of settlement. |
| May 1, 2025 | Defendants shall respond, in writing, to the written offer of settlement. |
| May 15, 2025 | Designation of Expert Witnesses by parties with burden of proof. |
| May 30, 2025 | Designation of Rebuttal Expert Witnesses, if any. |
| June 15, 2025 | Expert Discovery Deadline. |
| June 20, 2025 | Deadline for Daubert motions under Fed. R. Evid. 702. |
| July 5, 2025 | Dispositive Motions Deadline. |

| August 1, 2025 | Meet and confer on pretrial matters (exhibits, deposition designations, etc.). |
|---|---|
| August 15, 2025 | Exchange of proposed jury charge and draft Motions in Limine. |
| August 25, 2025 | Exchange objections to jury charge; file Motions in Limine. |
| September 8, 2025 | Submit Joint Pretrial Order and responses to Motions in Limine. |
| October 15, 2025 | Final Pretrial Conference. |
| Week of November 3, 2025 | Jury Selection and Trial Commencement. |

SIGNED this ____ day of _____, 2025.

_____

Alan D. Albright

United States District Judge


AGREED:


Purnell Williams

7905 San Felipe Blvd Apt. 266

Austin, Texas 78729

Phone: (512) 955-4257

purnellwilliams@hotmail.com

Plaintiff Pro Se

/s/ Manuel H. Newburger

Manuel H. Newburger (attorney-in-charge)

State Bar No. 14946500

mnewburger@bn-lawyers.com

BARRON & NEWBURGER, P.C.

7320 N. MoPac Expy., Suite 400

Austin, Texas 78731

Tel: (512) 476-9103

Fax: (512) 576-9253

Attorneys for Defendants