**FILED**
April 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____DM_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PURNELL WILLIAMS,
Plaintiff,

v.

LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, BRIAN FALLERO, and SCOTT GUITIERREZ,
Defendants.

Case No. 1:25-cv-00106-ADA

**PLAINTIFF'S NOTICE OF SUBMISSION OF PROPOSED SCHEDULING ORDER**

TO THE HONORABLE JUDGE ALAN D. ALBRIGHT:

COMES NOW, I, Purnell Williams, Plaintiff in the above-styled and numbered cause, and submit this Notice of Submission of my Proposed Scheduling Order. I state the following in support:

1. I have prepared and submitted a Proposed Scheduling Order in full compliance with Rule 16 of the Federal Rules of Civil Procedure and Judge Albright's standing order. The attached order is formatted properly and proposes a realistic timeline for case progression.

2. I have made multiple attempts to reach agreement with defense counsel on a joint proposed schedule. Despite acknowledging that this is a non-complex case, the Defendants' counsel has refused to cooperate and insists on a prolonged schedule that only serves to delay resolution.

3. I find this conduct to be contradictory and a waste of judicial time and resources. I have clearly stated from the beginning that this matter is based on documents and does not involve expert testimony.

4. My Proposed Scheduling Order sets all necessary deadlines, including:
   - A Discovery Deadline of May 29, 2025
   - Trial readiness during the week of November 3, 2025

5. I ask the Court to adopt my proposed schedule in the interest of fairness and judicial economy. It is consistent with this Court's guidelines and reflects a good faith effort to move this case forward without unnecessary delay.

Respectfully submitted,

Purnell Williams
Plaintiff, Sui Juris, Secured Party
7905 San Felipe Blvd, Apt. 266
Austin, TX 78729
(512) 955-4257
purnellwilliams@hotmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

PURNELL WILLIAMS,

Plaintiff,

v.

LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, BRIAN FALLERO, and SCOTT GUITIERREZ,

Defendants.

Case No. 1:25-cv-00106-ADA

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Judge Albright's Standing Order, the following proposed schedule is submitted by Plaintiff to govern the remaining deadlines and trial setting in this matter:

| Date | Event |
| --- | --- |
| April 1, 2025 | Discovery commences on all issues. |
| April 15, 2025 | Deadline to amend pleadings or add parties. |
| May 29, 2025 | Fact Discovery Deadline. |
| April 20, 2025 | Plaintiff to submit written offer of settlement. |
| May 1, 2025 | Defendants to respond to offer of settlement. |
| May 15, 2025 | Designation of expert witnesses by parties with burden of proof. |

| June 15, 2025 | Expert discovery deadline. |
|---|---|
| June 20, 2025 | Deadline for Daubert motions. |
| July 5, 2025 | Deadline to file dispositive motions. |
| August 1, 2025 | Meet and confer on pretrial matters. |
| August 15, 2025 | Exchange of proposed jury charge and motions in limine. |
| August 25, 2025 | Exchange objections to jury charge; file motions in limine. |
| September 8, 2025 | Submit Joint Pretrial Order and responses to motions in limine. |
| October 15, 2025 | Final Pretrial Conference. |
| Week of November 3, 2025 | Jury Selection and Trial. |

Respectfully submitted,

/s/ Purnell Williams

Purnell Williams

Plaintiff, Sui Juris

7905 San Felipe Blvd, Apt. 266

Austin, TX 78729

(512) 955-4257

purnellwilliams@hotmail.com