IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **PURNELL ELLIOTT WILLIAMS,** | : |
| | : Case No. 1:25-cv-00106-ADA |
| Plaintiff, | : |
| | : (Judge Alan D. Albright) |
| v. | : |
| | : |
| **LNVN LLC; RESURGENT CAPITAL SERVICES; BRIAN FALLERO; and SCOTT GUITIERREZ,** | : |
| | : |
| Defendant(s). | : |

## ORDER GRANTING DEFENDANTS' MOTION TO IMPOPSE A PRE-FILING INJUNCTION

Defendants have moved the Curt to impose a pre-filing injunction prohibiting Plaintiff from further filings in this district without prior leave of court. The Curt finds that the motion is meritorious and should be granted as Plaintiff is a vexatious litigant who was previously warned by judges Ezra and Pittman in prior cases that he would be subject to sanctions if he filed further frivolous suits.

IT IS THEREFORE ORDERED that pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651, Plaintiff is hereby permanently enjoined from filing any pleadings, motions, or other papers in this district without prior written consent of a District or Magistrate Judge.

Signed this ____ day of _____, 2026.

_____
Hon. Alan D. Albright
United States District Judge

Case 1:25-cv-00106-ADA     Document 51-1     Filed 01/06/26     Page 2 of 2